1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    HECTOR CASTRO,                          )    1:05-CV-01435 LJO JMD HC
                                            )
10                        Petitioner,        )    ORDER ADOPTING FINDINGS AND
                                            )    RECOMMENDATION
11                                           )    [Doc. #15]
                                            )
12        v.                                 )    ORDER DENYING PETITION FOR WRIT
                                            )    OF HABEAS CORPUS
13                                           )
                                            )    ORDER DIRECTING CLERK OF COURT
14    A.K. SCRIBNER,                         )    TO ENTER JUDGMENT
                                            )
15                        Respondent.        )
                                            )
16    _____

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.

19        The Magistrate Judge issued a Findings and Recommendation  on November 24, 2008,

20    recommending that the petition for writ of habeas corpus be DENIED with prejudice.  The

21    Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.

22    The Findings and Recommendation was served on all parties and contained notice that any

23    objections were to be filed within thirty (30) days of the date of service of the order.

24        On December 12, 2008, Petitioner's objections to the Findings and Recommendation were

25    filed with the Court.  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has

26    conducted a de novo review of the case.  Having carefully reviewed the entire file and having

27    considered Petitioner's objections, the Court concludes that the Magistrate Judge's findings, that the

28    parole board's determination of unsuitability was substantiated by some evidence and that was

1   supported by the record and proper analysis.  Thus, the Court finds there is no need to modify the

2   Findings and Recommendation based on the points raised in the objections.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1. The Findings and Recommendation issued November 24, 2008, is ADOPTED IN FULL;

5          2. The Petition for Writ of Habeas Corpus is DENIED with prejudice; and

6          3. The Clerk of Court is DIRECTED to enter judgment.

7   IT IS SO ORDERED.

8   **Dated:     January 22, 2009**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE